IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
WILKESBORO DIVISION

IN RE:                              ]
HAROLD K. VESTAL                    ]      Case No. 09-50383
                                    ]      Chapter 7
           Debtor.           ]

MOTION TO DEPOSIT FUNDS

      Barrett Crawford, Trustee in Bankruptcy for the above referenced Debtor hereby moves the Court for authorization to deposit $213.23 into the Registry Fund of the U.S. Bankruptcy Court. The funds represent a check for interim payment to a creditor which was returned undeliverable or which remained uncashed for ninety (90) days after the date of the distribution as follows:

| Check No. | Name/Address | Amount |
|---|---|---|
| 1017 | Wachovia Card Services<br>c/o Bankruptcy R4057-01P<br>PO Box 13765<br>Roanoke, VA 24037-3765 | $213.23 |

and that as to the money represented by this uncashed check, the Trustee requests that these funds be accepted for deposit into the Clerk of the Bankruptcy Court's Registry Account in accordance with U.S.C. Section 347.

      WHEREFORE, the Trustee respectfully requests the Court to enter an Order approving the Motion to Deposit Funds.

      This 4th day of January, 2011.

                     LAW OFFICE OF BARRETT L. CRAWFORD, P.A.


                     /s/                          
                     Barrett L. Crawford
                     Trustee and Attorney for the Trustee
                     North Carolina State Bar Number 15807
                     Post Office Box 400
                     Valdese, North Carolina  28690-0400
                     Telephone: (828) 879-2001/Fax: (828) 879-8355

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
WILKESBORO DIVISION

| | | |
|---|---|---|
| IN RE: | ] | |
| HAROLD K. VESTAL | ] | Case No. 09-50383 |
| | ] | Chapter 7 |
| <u>                    Debtor.            </u> | ] | |

CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of the foregoing document to which this Certificate is affixed was duly served upon the parties to this action by depositing a copy of same in the United States Mail, postage prepaid, and addressing it to the following:

U.S. Bankruptcy Administrator (via ECF)

      This 4th day of January, 2011.

                                          LAW OFFICE OF BARRETT L. CRAWFORD, P.A.

                                          <u>/s/                                                         </u>
                                          Cindy C. Carswell
                                          Legal Assistant
                                          Post Office Box 400
                                          Morganton, NC 28690-0400
                                          Telephone: (828) 879-2001
                                          Facsimile: (828) 879-8355